# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GEORGE ANTHONY HARRIS,**<br><br>**Defendant.** | **CR 25-60-BLG-SPW**<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 50) pursuant to Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court finds:

1.     The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant George Anthony Harris pled guilty.

2.     The Court entered a Preliminary Order of Forfeiture on January 26, 2026 (Doc. 40), finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

- Taurus International, model G3, 9mm caliber pistol, serial number ACM640545; and

1

- 6 rounds of 9mm caliber ammunition.

3.    All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Docs. 41, 41-1).

4.    To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

5.    It appears there is cause to issue a final order of forfeiture under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.    The United States' Motion for Final Order of Forfeiture (Doc. 50) is **GRANTED** pursuant to Fed. R. Crim. P. 32.2(c)(2);

2.    The above-listed property is fully and finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party;

3.    The United States has full and legal title to this forfeited property and may dispose of it in accordance with law when no longer needed as evidence.

DATED this ___13th___ day of April 2026.

SUSAN P. WATTERS
United States District Court Judge

2